■ Carlos Velez, Respondent, v 2420 Davidson et al., Appellants. [40 NYS3d 759]—Order, Supreme Court, Bronx County (Wilma Guzman, J.), entered January 19, 2016, which denied defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The court properly found that triable issues of fact exist as to whether defendants created the dangerous condition of ice, on which plaintiff slipped and fell, or had actual or constructive notice of it (*see generally Rodriguez v 705-7 E. 179th St. Hous. Dev. Fund Corp.*, 79 AD3d 518 [1st Dept 2010]). Concur—Renwick, J.P., Moskowitz, Kapnick, Kahn and Gesmer, JJ.

■ The People of the State of New York, Respondent, v Alvin Velez, Appellant. [40 NYS3d 760]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Jill Konviser, J.), rendered July 1, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Renwick, J.P., Moskowitz, Kapnick, Kahn and Gesmer, JJ.